# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: MENDEZ, GUADALUPE § Case No. 12-17450
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 29, 2012. The undersigned trustee was appointed on April 29, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         35,500.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 10,195.10 |
| Bank service fees | 986.66 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 4,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 20,318.24 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/24/2014 and the deadline for filing governmental claims was 04/24/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,900.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,900.00, for a total compensation of $3,900.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $5.76, for total expenses of $5.76.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/03/2017          By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-17450  **Trustee:** (330640)  THOMAS E. SPRINGER, TRUSTEE
**Case Name:** MENDEZ, GUADALUPE  **Filed (f) or Converted (c):** 04/29/12 (f)
 **§341(a) Meeting Date:** 07/02/12
**Period Ending:** 11/03/17  **Claims Bar Date:** 04/24/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** <br> **(Scheduled And Unscheduled (u) Property)** <br> **Ref. #** | | **Petition/ Unscheduled Values** | **Estimated Net Value** <br> **(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned** <br> **OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Checking account: TCF Bank, Aurora IL <br>   Amended schedule increased amount from $200 to $300. | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Gold ring, neck chain | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Civil action against Ford Motor Company et. al <br>   regarding fire of mobile home. <br> Amended schedule changed amount from "unknown" to $30,500 and description changed to the following: Civil action against Ford Motor Company and others regarding fire of mobile home. Guadalupe Mendez v. Ford Motor Company, et al., - 11 L 504 (Kane County Circuit Court);  Guadalupe Mendez v. Margaret's Parkview Estates et al.., 11 L514 (Kane County Circuit Court) | 30,500.00 | 50,000.00 | | 34,500.00 | FA |
| 5 | 2004 Pontiac Grand Prix 94000 miles, <br>   fair condition (Co-owned with son) | 4,775.00 | 0.00 | | 0.00 | FA |
| 6 | Attorney fees/sanctions against Special Counsel  (u) <br>   Attorney fees/sanctions against  Special Cousnel pursuant to Court order entered 3/19/16 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 7 | VOID  (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Assets    **Totals** (Excluding unknown values) | **$37,375.00** | **$51,000.00** | | **$35,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Trustee employed Special Counsel to continue litigation of lawsuit against Ford Motor Company et al.  Settlement with two Defendants approved 4/25/14.  State lawsuit continues with 2 remaining defendants. Litigation continues.
   On Janaury 13, 2017, Trustee fired Special Counsel for lack of communication and no visible work done in PI case and demanded turnover of files and documents to tender to new a new attorrney.  Upon receipt of files, Trustee will employ new special counsel to handle case.

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Period Ending:** 11/03/17

**Trustee:** (330640)    THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/29/12 (f)  
**§341(a) Meeting Date:** 07/02/12  
**Claims Bar Date:** 04/24/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 15, 2014            **Current Projected Date Of Final Report (TFR):**    December 15, 2017

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  
**Taxpayer ID #:** **-***0778  
**Period Ending:** 11/03/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********70 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/14 | {4} | FORD MOTOR COMPANY | Settlement Payment of personal injury lawsuit. | 1142-000 | 27,500.00 | | 27,500.00 |
| 08/15/14 | 1000 | MOTTA & MOTTA, LLP | Special Counsel Fees Pursuant to Order entered 4/25/14 | 3210-600 | | 10,165.65 | 17,334.35 |
| 08/29/14 | {4} | MARGARET'S PARKVIEW ESTATES, INC. | Settlement Payment of personal injury lawsuit. | 1142-000 | 3,000.00 | | 20,334.35 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 20,306.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.60 | 20,272.63 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.14 | 20,242.49 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.12 | 20,213.37 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.05 | 20,183.32 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.01 | 20,153.31 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 12.06 | 20,141.25 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 20,114.19 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 29.91 | 20,084.28 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 20,084.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,500.00 | 30,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,084.28 | |
| | | | **Subtotal** | | 30,500.00 | 10,415.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,500.00** | **$10,415.72** | |

{} Asset reference(s)

Printed: 11/03/2017 01:50 PM V.13.30

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 11/03/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****931966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 20,084.28 | | 20,084.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.81 | 20,053.47 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.84 | 20,024.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.84 | 19,996.79 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.63 | 19,965.16 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.68 | 19,937.48 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #12-17450, Bond Premium | 2300-000 | | 10.25 | 19,927.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.64 | 19,899.59 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.40 | 19,868.19 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 19,840.65 |
| 05/11/16 | {6} | Motta & Motta, LLC | Attorneys' fees pursuant to Order entered 3/9/16 | 1290-000 | 1,000.00 | | 20,840.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.32 | 20,812.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.84 | 20,779.49 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 20,750.68 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 20,717.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.71 | 20,688.24 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.68 | 20,659.56 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 20,627.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.58 | 20,598.37 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.59 | 20,566.78 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #12-17450, Bond #016073584 | 2300-000 | | 7.14 | 20,559.64 |
| 02/28/17 | 10103 | Guadalupe Mendez | Debtor's claimed exemption pursuant to order entered 2/24/17 | 8100-002 | | 4,000.00 | 16,559.64 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 16,532.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.83 | 16,504.21 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.15 | 16,482.06 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.07 | 16,455.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.66 | 16,432.33 |
| 07/17/17 | {4} | Ayala Auto Sales Inc. | Settlement Payment | 1142-000 | 1,500.00 | | 17,932.33 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.70 | 17,908.63 |
| 08/10/17 | {4} | American Family Insurance Group | Settlement Payment | 1142-000 | 2,500.00 | | 20,408.63 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 20,377.78 |

Subtotals :     $25,084.28     $4,706.50

{} Asset reference(s)

Printed: 11/03/2017 01:50 PM     V.13.30

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 11/03/17  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****931966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.33 | 20,349.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.21 | 20,318.24 |
| | | | **ACCOUNT TOTALS** | | 25,084.28 | 4,766.04 | **$20,318.24** |
| | | | Less: Bank Transfers | | 20,084.28 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 4,766.04 | |
| | | | Less: Payments to Debtors | | | 4,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$766.04** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********70 | 30,500.00 | 10,415.72 | 0.00 |
| Checking # ****931966 | 5,000.00 | 766.04 | 20,318.24 |
| | $35,500.00 | $11,181.76 | $20,318.24 |

{} Asset reference(s)                                    Printed: 11/03/2017 01:50 PM    V.13.30

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** April 24, 2014

**Case Number:** 12-17450  
**Debtor Name:** MENDEZ, GUADALUPE

Page: 1

**Date:** November 3, 2017  
**Time:** 01:50:20 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $3,900.00 | $0.00 | 3,900.00 |
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>300 S. County Farm Rd., Ste.I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $5.76 | $0.00 | 5.76 |
| 200 | MOTTA & MOTTA, LLP<br>559 W. Galena Blvd.<br>Aurora, IL 60506 | Admin Ch. 7 | | $10,165.65 | $10,165.65 | 0.00 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $12.06 | $12.06 | 0.00 |
| ATTYEXP 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $67.17 | $0.00 | 67.17 |
| ATTYFEES 200 | SPRINGER BROWN, LLC<br>300 S. County Farm Road<br>Suite I<br>Wheaton, IL 60187 | Admin Ch. 7 | | $14,103.00 | $0.00 | 14,103.00 |
| 1 610 | American Infosource Lp As Agent For<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $1,158.45 | $0.00 | 1,158.45 |
| 2 610 | Ge Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured | (2-1) JCPENNEY CREDIT SERVICES or GEMB | $851.04 | $0.00 | 851.04 |
| 3 620 | BMO HARRIS BANK, N.A.<br>Attn: Retail Collections-BRK-180-RC<br>770 N. Water Street<br>Milwaukee, WI 53202 | Unsecured | | $17,740.81 | $0.00 | 17,740.81 |
| **<< Totals >>** | | | | 48,003.94 | 10,177.71 | 37,826.23 |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 12-17450
Case Name: MENDEZ, GUADALUPE
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 20,318.24

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 20,318.24

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 3,900.00 | 0.00 | 3,900.00 |
| Trustee, Expenses - THOMAS E. SPRINGER, TRUSTEE | 5.76 | 0.00 | 5.76 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 14,103.00 | 0.00 | 14,103.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 67.17 | 0.00 | 67.17 |
| Other Fees: MOTTA & MOTTA, LLP | 10,165.65 | 10,165.65 | 0.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 12.06 | 12.06 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 18,075.93
Remaining balance: $ 2,242.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,242.31

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims:  $           0.00
Remaining balance:  $       2,242.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,009.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 1,158.45 | 0.00 | 1,158.45 |
| 2 | Ge Capital Retail Bank | 851.04 | 0.00 | 851.04 |

Total to be paid for timely general unsecured claims:  $       2,009.49
Remaining balance:  $         232.82

Tardily filed claims of general (unsecured) creditors totaling $ 17,740.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | BMO HARRIS BANK, N.A. | 17,740.81 | 0.00 | 232.82 |

Total to be paid for tardy general unsecured claims:  $         232.82
Remaining balance:  $           0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**