UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GUADALUPE MENDEZ,** | ) | Bankruptcy No. 12-17450 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 14, 2017, I served by prepaid first class mail or via electronic service as indicated a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

**VIA ECF SERVICE**

Patrick S. Layng
US Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

JOSEPH R. RAMOS
SEPH R. RAMOS
340 N. LAKE STREET
Aurora, IL 60506

**VIA REGULAR MAIL**

MENDEZ, GUADALUPE
1106 MCDONALD AVE.
AURORA, IL 60506

MOTTA & MOTTA, LLP
559 W. Galena Blvd.
Aurora, IL 60506

CHASE BANK USA NA
PO Box 15145
Wilmington, DE 19850-5145

American Infosource Lp
As Agent For
T Mobile/T-Mobile USA
PO Box 248848
Oklahoma City, OK 73124-8848

BMO HARRIS BANK, N.A.
Attn: Retail Collections-BRK-180-RC
770 N. Water Street
Milwaukee, WI 53202

Ge Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami, FL 33131-1605

/s/ THOMAS E. SPRINGER, TRUSTEE
THOMAS E. SPRINGER, Trustee
300 S. County Farm Rd., Ste.I
Wheaton, IL 60187
Phone: (630) 510-0000