**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MENDEZ, GUADALUPE　　　　　　　§　Case No. 12-17450
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　§

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

　　　THOMAS E. SPRINGER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $5,875.00　　　　　　　　Assets Exempt: $1,100.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,242.31　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $17,507.99

Total Expenses of Administration: $29,257.69

---

　　　3) Total gross receipts of $ 35,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,000.00 (see **Exhibit 2**), yielded net receipts of $31,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,257.69 | 29,257.69 | 29,257.69 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,750.30 | 19,750.30 | 2,242.31 |
| **TOTAL DISBURSEMENTS** | $0.00 | $49,007.99 | $49,007.99 | $31,500.00 |

    4) This case was originally filed under Chapter 7 on April 29, 2012. The case was pending for 72 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/24/2018            By:  /s/THOMAS E. SPRINGER
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Civil action against Ford Motor Company et. al | 1142-000 | 34,500.00 |
| Attorney fees/sanctions against Special Counsel | 1290-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Guadalupe Mendez | Debtor's claimed exemption pursuant to order entered 2/24/17 | 8100-002 | 4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 3,900.00 | 3,900.00 | 3,900.00 |
| Trustee Expenses - THOMAS E. SPRINGER, TRUSTEE | 2200-000 | N/A | 5.76 | 5.76 | 5.76 |
| Other - MOTTA & MOTTA, LLP | 3210-600 | N/A | 10,165.65 | 10,165.65 | 10,165.65 |

**UST Form 101-7-TDR (10/1/2010)**

| Description | Code | | Amount | | |
|---|---|---|---|---|---|
| Other - ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 12.06 | 12.06 | 12.06 |
| Attorney for Trustee Expenses (Trustee Firm) - THOMAS E. SPRINGER | 3120-000 | N/A | 67.17 | 67.17 | 67.17 |
| Attorney for Trustee Fees (Trustee Firm) - THOMAS E. SPRINGER | 3110-000 | N/A | 14,103.00 | 14,103.00 | 14,103.00 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 28.12 | 28.12 | 28.12 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 33.60 | 33.60 | 33.60 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.14 | 30.14 | 30.14 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.12 | 29.12 | 29.12 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.05 | 30.05 | 30.05 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 30.01 | 30.01 | 30.01 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 27.06 | 27.06 | 27.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.81 | 30.81 | 30.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.84 | 28.84 | 28.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.84 | 27.84 | 27.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.63 | 31.63 | 31.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.68 | 27.68 | 27.68 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 10.25 | 10.25 | 10.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.64 | 27.64 | 27.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.40 | 31.40 | 31.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.54 | 27.54 | 27.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.32 | 28.32 | 28.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.84 | 32.84 | 32.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.81 | 28.81 | 28.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.73 | 32.73 | 32.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.71 | 29.71 | 29.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.68 | 28.68 | 28.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.61 | 31.61 | 31.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.14 | 7.14 | 7.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.59 | 31.59 | 31.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.60 | 27.60 | 27.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.83 | 27.83 | 27.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.15 | 22.15 | 22.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.07 | 26.07 | 26.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.66 | 23.66 | 23.66 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.70 | 23.70 | 23.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.85 | 30.85 | 30.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.33 | 28.33 | 28.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.21 | 31.21 | 31.21 |
| Other - ASSOCIATED BANK | 2600-000 | N/A | 29.91 | 29.91 | 29.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $29,257.69 | $29,257.69 | $29,257.69 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | 7100-000 | N/A | 1,158.45 | 1,158.45 | 1,158.45 |
| 2 | Ge Capital Retail Bank | 7100-000 | N/A | 851.04 | 851.04 | 851.04 |
| 3 | BMO HARRIS BANK, N.A. | 7200-000 | N/A | 17,740.81 | 17,740.81 | 232.82 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $19,750.30 | $19,750.30 | $2,242.31 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 04/29/12 (f)  
**§341(a) Meeting Date:** 07/02/12  

**Period Ending:** 04/24/18  

**Claims Bar Date:** 04/24/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking account: TCF Bank, Aurora IL   Amended schedule increased amount from $200 to $300. | 300.00 | 0.00 | | 0.00 | FA |
| 2 | Misc. wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 3 | Gold ring, neck chain | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Civil action against Ford Motor Company et. al   regarding fire of mobile home. Amended schedule changed amount from "unknown" to $30,500 and description changed to the following: Civil action against Ford Motor Company and others regarding fire of mobile home. Guadalupe Mendez v. Ford Motor Company, et al., - 11 L 504 (Kane County Circuit Court); Guadalupe Mendez v. Margaret's Parkview Estates et al.., 11 L514 (Kane County Circuit Court) | 30,500.00 | 50,000.00 | | 34,500.00 | FA |
| 5 | 2004 Pontiac Grand Prix 94000 miles,   fair condition (Co-owned with son) | 4,775.00 | 0.00 | | 0.00 | FA |
| 6 | Attorney fees/sanctions against Special Counsel (u)   Attorney fees/sanctions against Special Cousnel pursuant to Court order entered 3/19/16 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 7 | VOID (u) | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Assets   Totals (Excluding unknown values) | **$37,375.00** | **$51,000.00** | | **$35,500.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee employed Special Counsel to continue litigation of lawsuit against Ford Motor Company et al. Settlement with two Defendants approved 4/25/14. State lawsuit continues with 2 remaining defendants. Litigation continues.

On Janaury 13, 2017, Trustee fired Special Counsel for lack of communication and no visible work done in PI case and demanded turnover of files and documents to tender to new a new attorrney. Upon receipt of files, Trustee will employ new special counsel to handle case.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Trustee:** (330640) THOMAS E. SPRINGER  
**Filed (f) or Converted (c):** 04/29/12 (f)  
**§341(a) Meeting Date:** 07/02/12  

**Period Ending:** 04/24/18  
**Claims Bar Date:** 04/24/14  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 15, 2014  **Current Projected Date Of Final Report (TFR):** November 3, 2017 (Actual)

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********70 - Checking Account  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 04/24/18  

**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/08/14 | {4} | FORD MOTOR COMPANY | Settlement Payment of personal injury lawsuit. | 1142-000 | 27,500.00 | | 27,500.00 |
| 08/15/14 | 1000 | MOTTA & MOTTA, LLP | Special Counsel Fees Pursuant to Order entered 4/25/14 | 3210-600 | | 10,165.65 | 17,334.35 |
| 08/29/14 | {4} | MARGARET'S PARKVIEW ESTATES, INC. | Settlement Payment of personal injury lawsuit. | 1142-000 | 3,000.00 | | 20,334.35 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 20,306.23 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.60 | 20,272.63 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.14 | 20,242.49 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.12 | 20,213.37 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.05 | 20,183.32 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.01 | 20,153.31 |
| 02/27/15 | 1001 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 12.06 | 20,141.25 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.06 | 20,114.19 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 29.91 | 20,084.28 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 20,084.28 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,500.00 | 30,500.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 20,084.28 | |
| | | | **Subtotal** | | 30,500.00 | 10,415.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,500.00** | **$10,415.72** | |

{} Asset reference(s)

Printed: 04/24/2018 01:18 PM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 12-17450 | | Trustee: | THOMAS E. SPRINGER (330640) |
|---|---|---|---|---|
| Case Name: | MENDEZ, GUADALUPE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ****931966 - Checking Account |
| Taxpayer ID #: | **-***0778 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/24/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 20,084.28 | | 20,084.28 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.81 | 20,053.47 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.84 | 20,024.63 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.84 | 19,996.79 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.63 | 19,965.16 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.68 | 19,937.48 |
| 02/26/16 | 10101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/26/2016 FOR CASE #12-17450, Bond Premium | 2300-000 | | 10.25 | 19,927.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.64 | 19,899.59 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.40 | 19,868.19 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.54 | 19,840.65 |
| 05/11/16 | {6} | Motta & Motta, LLC | Attorneys' fees pursuant to Order entered 3/9/16 | 1290-000 | 1,000.00 | | 20,840.65 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.32 | 20,812.33 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.84 | 20,779.49 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.81 | 20,750.68 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.73 | 20,717.95 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.71 | 20,688.24 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.68 | 20,659.56 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.61 | 20,627.95 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.58 | 20,598.37 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.59 | 20,566.78 |
| 02/03/17 | 10102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2017 FOR CASE #12-17450, Bond #016073584 | 2300-000 | | 7.14 | 20,559.64 |
| 02/28/17 | 10103 | Guadalupe Mendez | Debtor's claimed exemption pursuant to order entered 2/24/17 | 8100-002 | | 4,000.00 | 16,559.64 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.60 | 16,532.04 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.83 | 16,504.21 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.15 | 16,482.06 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.07 | 16,455.99 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.66 | 16,432.33 |
| 07/17/17 | {4} | Ayala Auto Sales Inc. | Settlement Payment | 1142-000 | 1,500.00 | | 17,932.33 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.70 | 17,908.63 |
| 08/10/17 | {4} | American Family Insurance Group | Settlement Payment | 1142-000 | 2,500.00 | | 20,408.63 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.85 | 20,377.78 |

Subtotals : $25,084.28 $4,706.50

{} Asset reference(s)

Printed: 04/24/2018 01:18 PM    V.13.32

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-17450  
**Case Name:** MENDEZ, GUADALUPE  

**Taxpayer ID #:** **-***0778  
**Period Ending:** 04/24/18  

**Trustee:** THOMAS E. SPRINGER (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****931966 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.33 | 20,349.45 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.21 | 20,318.24 |
| 01/02/18 | 10104 | THOMAS E. SPRINGER | Dividend paid 100.00% on $67.17, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 67.17 | 20,251.07 |
| 01/02/18 | 10105 | THOMAS E. SPRINGER | Dividend paid 100.00% on $14,103.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 14,103.00 | 6,148.07 |
| 01/02/18 | 10106 | American Infosource Lp As Agent For | Dividend paid 100.00% on $1,158.45; Claim# 1; Filed: $1,158.45; Reference: | 7100-000 | | 1,158.45 | 4,989.62 |
| 01/02/18 | 10107 | Ge Capital Retail Bank | Dividend paid 100.00% on $851.04; Claim# 2; Filed: $851.04; Reference: | 7100-000 | | 851.04 | 4,138.58 |
| 01/02/18 | 10108 | BMO HARRIS BANK, N.A. | Dividend paid  1.31% on $17,740.81; Claim# 3; Filed: $17,740.81; Reference: | 7200-000 | | 232.82 | 3,905.76 |
| 01/02/18 | 10109 | THOMAS E. SPRINGER, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,905.76 | 0.00 |
| | | | Dividend paid 100.00%       3,900.00 on $3,900.00;  Claim# ; Filed: $3,900.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       5.76 on $5.76;  Claim# ; Filed: $5.76 | 2200-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 25,084.28 | 25,084.28 | $0.00 |
| Less: Bank Transfers | 20,084.28 | 0.00 | |
| **Subtotal** | **5,000.00** | **25,084.28** | |
| Less: Payments to Debtors | | 4,000.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$21,084.28** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ********70 | 30,500.00 | 10,415.72 | 0.00 |
| Checking # ****931966 | 5,000.00 | 21,084.28 | 0.00 |
| | **$35,500.00** | **$31,500.00** | **$0.00** |

{} Asset reference(s)